# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK MEDICAL PHARMACY, et al.,<br><br>                    Petitioners,<br>v.<br>WESTERN PHARMACY GROUP LLC, et al.,<br><br>                    Respondents.<br><br>WESTERN PHARMACY GROUP LLC, et al.,<br><br>                  Cross-Petitioners,<br>v.<br>PARK MEDICAL PHARMACY, et al,<br><br>                  Cross-Respondents. | Case No. 22-cv-466-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION RE: BRIEFING SCHEDULE FOR (1) PETITION TO VACATE IN PART AND CONFIRM IN PART ARBITRATION AWARD; AND (2) CROSS-PETITION TO CONFIRM ARBITRATION AWARD**<br><br>[Doc. No. 6] |

On April 7, 2022, Petitioners and Cross-Respondents Park Medical Pharmacy, each of Park Medical's owner trusts through their trustees, Mitchell J. Robins, and Robins & Associates, P.C. (collectively, "Petitioners") filed a petition (the "Petition") for an order confirming in part and vacating in part the arbitration award issued in *Western Pharmacy Group LLC v. Park Medical Pharmacy, Inc. et. al.*, JAMS Reference No.

1110017742.  *See* Doc. No. 1.  On April 20, 2022, Respondents and Cross-Petitioners Western Pharmacy Group LLC, Matthew Grayson, Kevin Faris, and Kevin McCarthy (collectively, "Cross-Petitioners") filed a cross-petition (the "Cross-Petition") for an order confirming the arbitration award.  *See* Doc. No. 3.  On April 25, 2022, the parties filed the instant joint motion for a briefing schedule regarding the Petition and Cross-Petition.  *See* Doc. No. 6.  In the joint motion, the parties state that "Petitioners are requesting oral argument on these forthcoming motions" and that "Cross-Petitioners' position is that oral argument should be scheduled only if the Court determines it would benefit from hearing oral argument."  Doc. No. 6 at 3.

Good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** as follows:

1. Petitioners shall file their motion in support of their Petition on or before **May 12, 2022**.  Cross-Petitioners shall file their motion in support of their Cross-Petition on or before **May 12, 2022**.

2. The parties shall file their respective opposition briefs on or before **May 31, 2022**.

3. The parties shall file their respective reply briefs, if any, on or before **June 14, 2022**.

4. Petitioners must file a separate statement explaining why oral argument would be helpful to the Court on or before **May 16, 2022**.  Upon review of Petitioners' statement and the briefing on the Petition and Cross-Petition, the Court will issue a minute order either taking the motions under submission on the papers or setting a hearing on the motions.

**IT IS SO ORDERED**.

Dated:  April 27, 2022

HON. MICHAEL M. ANELLO
United States District Judge